**Motion to Dismiss Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed January 23, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00959-CV

---

### IN RE TIMOTHY W. WILSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-66253**

---

### MEMORANDUM OPINION

On December 22, 2023, relator Timothy W. Wilson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate an order of attachment and hold an evidentiary hearing in association with that order.

On January 5, 2024, filed a motion to dismiss the petition. We hereby grant the motion and dismiss relator's petition.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Wilson.